**Coy Dale TREAT, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 08–2080.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 6, 2009.

Filed: Aug. 24, 2009.

Coy Dale Treat, Broken Arrow, OK, pro se.

Earl W. Brown, III, Asst. U.S. Atty., Springfield, MO (John F. Wood, U.S. Atty., Kansas City, MO, on the brief), for appellee.

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

### PER CURIAM.

Coy Treat filed a pro se civil complaint against the United States under the Federal Tort Claims Act (FTCA), asserting that he was attacked by another inmate and suffered injuries as a result of the negligence of a doctor at the Medical Center for Federal Prisoners and other prison personnel. The district court[1] granted summary judgment for the United States, and Treat appeals. Having reviewed the record de novo, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.